FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 1 7 2026

KEVIN P. WEIMER, Clerk
By:~~~~ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DAMON MARQUIS YARNS

Criminal Action No.
1:26-MJ-463-RDC

## Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

### 1.    Eligibility of Case

This case is eligible for a detention order because this case involves:

- Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm; and
- A serious risk that the defendant will flee.

### 2.    Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of one (1) day.



The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: April 17, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney
Georgia Bar No. 718163

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

2

## Certificate of Service

I served this document today by handing a copy to defense counsel.

April 17, 2026

BERNARD J. EYTH
Assistant United States Attorney